# United States District Court

_____ DISTRICT OF _____

KIMBERLY SOUSA

SCANNED
DATE 5-18-05
BY: [signature]

v.

PBW HOLDINGS d/b/a HCX-
THE HAIRCOLOR XPERTS (HCX) &
HCX_ SALONS INTERNATIONAL, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10069 MLW**

TO: (Name and address of defendant)

PBW HOLDINGS d/b/a HCX- THE HAIRCOLOR
XPERTS (HCX)    (781)622-5930
Robert Shea, Esq.
Morse, Barnes-Brown & Pendleton, PC
1601 Trapelo Rd., Waltham, MA 02451

75 Barney St
East Providence, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEPHEN T. FANNING
305 SOUTH MAIN STREET
PROVIDENCE, RI 02903

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

[signature]
(BY) DEPUTY CLERK

[seal: United States District Court, District of Massachusetts]

January 11, 2005
DATE

# United States District Court

DISTRICT OF

KIMBERLY SOUSA

SCANNED
DATE: 5-18-05
BY: [signature]

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 05 10069 MLW

PBW HOLDINGS d/b/a HCX-
THE HAIRCOLOR XPERTS (HCX) &
HCX- SALONS INTERNATIONAL, LLC

**TO:** (Name and address of defendant)

PBW HOLDINGS d/b/a HCX- THE HAIRCOLOR
XPERTS (HCX) (781)622-5930
Robert Shea, Esq.
Morse, Barnes-Brown & Pendleton, PC
1601 Trapelo Rd Waltham, MA 02451

75 Barney St
East Providence, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEPHEN T. FANNING
305 SOUTH MAIN STREET
PROVIDENCE, RI 02903

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

January 11, 2005
DATE

[signature]
(BY) DEPUTY CLERK