UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

KIMBERLY SOUSA
    Plaintiff

vs.                                C.A. No. 05-10069 MLW

PBW HOLDINGS LTD d/b/a HCX-
THE HAIRCOLOR XPERTS (HCX) &
HCX SALONS INTERNATIONAL, LLC
    Defendants

## ANSWER

1. Admitted.

2. Denied.

3a. Defendant PBW Holdings Ltd (hereinafter "PBW") admits that the alleged unlawful practices allegedly occurred in the past within the Commonwealth of Massachusetts. Defendant PBW denies the remaining allegations of this paragraph of the Complaint.

    b. Denied.

    c. Denied.

4. Admitted.

5. Defendant PBW has insufficient information with which to admit or deny this allegation of the Complaint and therefore denies the same and leaves plaintiff to her proof.

6. Defendant PBW has insufficient information with which to admit or deny this allegation of the Complaint and therefore denies the same and leaves plaintiff to her proof.

7. Defendant PBW admits that HCX Salons International LLC is a foreign corporation with a principal place of business at 4850 W. Prospect Road, Ft. Lauderdale, FL 33309. Defendant PBW denies the remaining allegations of this paragraph of the Complaint.

8. Denied.

9. Defendant PBW denies the allegations of this paragraph of the Complaint as to it. Defendant PBW has insufficient information with which to admit or deny the allegations of the paragraph of the Complaint as to the remaining defendant and therefore denies the same and leaves plaintiff to her proof.

10. Admitted.

11. Admitted.

12. Admitted.

13. Denied.

14. Admitted.

15. Admitted.

16. Denied.

17. Admitted.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Defendant PBW has insufficient information with which to admit or deny the allegations of this paragraph of the Complaint and therefore denies the same and leaves plaintiff to her proof.

23. Defendant PBW has insufficient information with which to admit or deny the allegations of this paragraph of the Complaint and therefore denies the same and leaves plaintiff to her proof.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Defendant PBW realleges and incorporates by reference its responses to paragraphs 1 through 29 of the Complaint.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Defendant PBW realleges and incorporates by reference its responses to paragraphs 1 through 34 of the Complaint.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

WHEREFORE, the defendant PBW demands that judgment be entered in its favor and that plaintiff's Complaint be denied and dismissed and that it recover its costs.

> PBW Holdings Ltd.
> By its Attorney,
>
> _/s/ John Boyajian_
> John Boyajian
> Boyajian, Harrington & Richardson
> 182 Waterman Street
> Providence, RI 02906
> Tel:(401) 273-9600
> Fax:(401) 273-9605

## CERTIFICATION

I hereby certify that a copy of the within Answer was mailed, postage prepaid, to Stephen T. Fanning, Esq., 305 South Main St., Providence, RI 02903 on June 1, 2005.

_/s/ Mark Hart_