IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KIMBERLY SOUSA, )
    Plaintiff, )
)
v. )
) C.A. No. 05 10069 MLW
PBW HOLDINGS LTD. d/b/a HCX – THE )
HAIRCOLOR XPERTS (HCX) & )
HCX SALONS INTERNATIONAL, LLC, )
    Defendants )

## NOTICE OF APPEARANCE

Notice is hereby given of the undersigned as counsel for one of the defendants, Defendant HCX Salons International, LLC, with respect to this matter.

                                            /s/ Lisa Cooney
                                            Julie B. Brennan (BBO #564101)
                                            Lisa J. Cooney (BBO #636631)
                                            MANCHEL & BRENNAN, P.C.
                                            199 Wells Avenue, Suite 301
                                            Newton, MA 02459-3325
                                            (617) 796-8920

Date: June 9 , 2005