IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KIMBERLY SOUSA,
    Plaintiff,

v.

PBW HOLDINGS LTD. d/b/a HCX – THE
HAIRCOLOR XPERTS (HCX) &
HCX SALONS INTERNATIONAL, LLC,
    Defendants

C.A. No. 05 10069 MLW

## NOTICE OF APPEARANCE

Notice is hereby given of the undersigned as counsel for one of the defendants, Defendant HCX Salons International, LLC, with respect to this matter.

Julie B. Brennan (BBO #564101)
Lisa J. Cooney (BBO #636631)
MANCHEL & BRENNAN, P.C.
199 Wells Avenue, Suite 301
Newton, MA 02459-3325
(617) 796-8920

Date: June 14, 2005