**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

_____
                                            )
KIMBERLY SOUSA,                             )
        Plaintiff,                          )
                                            )
v.                                          )
                                            )   C.A. No. 05 10069 MLW
PBW HOLDINGS LTD. d/b/a HCX – THE           )
HAIRCOLOR XPERTS (HCX) &                    )
HCX SALONS INTERNATIONAL, LLC,              )
        Defendants                          )
                                            )
_____)

**DEFENDANT HCX SALONS INTERNATIONAL, LLC'S ANSWER**
**AND DEMAND FOR TRIAL BY JURY**

Defendant HCX Salons International, LLC ("HCX International" or "Defendant") hereby answers and asserts affirmative defenses in response to the Complaint filed by Kimberly Sousa ("Plaintiff").

**Introductory Statement**

The Introductory Statement of the Complaint merely summarizes and restates the allegations of the Complaint and the relief sought and therefore no response is required. To the extent a response is required, Defendant incorporates its responses to the allegations of the Complaint herein. Moreover, some of the allegations of the Introductory Statement of the Complaint call for a legal conclusion and thus no response is required. To the extent a response to any of the allegations of the Introductory Statement is required, Defendant denies the allegations contained in the Introductory Statement.

**Jurisdiction and Venue**

1. The allegations contained in Paragraph 1 call for a legal conclusion and therefore no response is required.

2. The allegations contained in Paragraph 2 call for a legal conclusion and therefore no response is required.

3. The allegations contained in Paragraph 3 call for a legal conclusion and therefore no response is required. To the extent any response is required, Defendant denies the allegations contained in Paragraph 3 that relate to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 3 and therefore denies same.

4. Defendant admits that the document attached to the Complaint as Attachment A appears to be a copy of the Charge of Discrimination that Plaintiff filed with the Massachusetts Commission Against Discrimination. To the extent that the allegations contained in Paragraph 4 purport to characterize a document, Defendant states that the document speaks for itself and denies the allegations which purport to characterize such document. Defendant denies the remaining allegations contained in Paragraph 4.

5. Defendant admits that the document attached to the Complaint as Attachment B appears to be a copy of a Right To Sue notice issued by the EEOC to Plaintiff. To the extent that the allegations contained in Paragraph 5 purport to characterize a document, Defendant states that the document speaks for itself and denies the allegations which purport to characterize such document. To the extent the allegations contained in Paragraph 5 call for a legal conclusion, no response is required. Defendant denies the remaining allegations contained in Paragraph 5.

**The Parties**

6.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 and therefore denies the same.

7.      Defendant admits that it is a limited liability corporation with a principal place of business at 4850 W. Prospect Road, Ft. Lauderdale, FL, 33309.  Defendant denies the remaining allegations contained in Paragraph 7.

8.      To the extent that the allegations contained in Paragraph 8 call for a legal conclusion, no response is required.  Defendant denies any remaining allegations contained in Paragraph 8.

9.      Defendant denies the allegations contained in Paragraph 9 relating to the Defendant.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 9 and therefore denies same.

10.      The allegations contained in Paragraph 10 call for a legal conclusion and therefore no response is required.  To the extent that the allegations contained in paragraph 10 relate to party other than Defendant, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and therefore denies same.

11.      The allegations contained in Paragraph 11 call for a legal conclusion and therefore no response is required.  To the extent that the allegations contained in paragraph 11 relate to a party other than Defendant, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and therefore denies same.

12.      The allegations contained in Paragraph 12 call for a legal conclusion and therefore no response is required.

13.     The allegations contained in Paragraph 13 call for a legal conclusion and therefore no response is required.  To the extent that the allegations contained in paragraph 13 relate to party other than Defendant, Defendant lacks knowledge or information sufficient to form a belief as to the truth of said allegations and therefore denies same.

### Facts Applicable to Each Count

14.     Defendant admits the allegations contained in Paragraph 14.

15.     Defendant denies the allegations contained in Paragraph 15 that relate to Defendant.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 15 and therefore denies same.

16.     Defendant denies the allegations contained in Paragraph 16 that relate to Defendant.   Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 16 and therefore denies same.

17.     Defendant denies the allegations contained in Paragraph 17 that relate to Defendant.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 17 and therefore denies same.

18.     Defendant denies the allegations contained in Paragraph 18 that relate to Defendant.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 18 and therefore denies same.

19.     Defendant denies the allegations contained in Paragraph 19 that relate to Defendant.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 19 and therefore denies same.

20. Defendant denies the allegations contained in Paragraph 20 that relate to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 20 and therefore denies same.

21. Defendant denies the allegations contained in Paragraph 21 that relate to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 21 and therefore denies same.

22. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 and therefore denies same.

23. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and therefore denies same.

24. Defendant denies the allegations contained in Paragraph 24 that relate to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 24 and therefore denies same.

25. Defendant denies the allegations contained in Paragraph 25 that relate to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 25 and therefore denies same.

26. Defendant denies the allegations contained in Paragraph 26 that relate to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 26 and therefore denies same.

27. To the extent that the allegations contained in Paragraph 27 call for a legal conclusion, no response is required. Defendant denies the allegations contained in Paragraph 27 that relate to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 27 and therefore denies same.

28. To the extent that the allegations contained in Paragraph 28 call for a legal conclusion, no response is required. Defendant denies the allegations contained in Paragraph 28 that relate to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 28 and therefore denies same.

29. To the extent that the allegations contained in Paragraph 29 call for a legal conclusion, no response is required. Defendant denies the allegations contained in Paragraph 29 that relate to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 29 and therefore denies same.

**COUNT I**
**DSICRIMINATORY TERMS AND CONDITIONS OF EMPLOYMENT**
**TERMINATION**
**HOSTILE ENVIRONMENT**
**RETALIATION**
**M.G.L.A. CH. 151B**

30. Defendant restates and incorporates by reference its responses to paragraphs 1 through 29.

31. The allegations contained in Paragraph 31 call for a legal conclusion and thus no response is required. Defendant denies the allegations contained in Paragraph 31 that relate to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 31 and therefore denies same.

32. The allegations contained in Paragraph 32 call for a legal conclusion and thus no response is required. Defendant denies the allegations contained in Paragraph 32 that relate to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 32 and therefore denies same.

33. The allegations contained in Paragraph 33 call for a legal conclusion and thus no response is required. Defendant denies the allegations contained in Paragraph 33 that relate to

Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 33 and therefore denies same.

      34.      The allegations contained in Paragraph 34 call for a legal conclusion and thus no response is required. Defendant denies the allegations contained in Paragraph 34 that relate to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 34 and therefore denies same.

**COUNT II**
**TITLE VII OF THE CIVIL RIGHTS ACT OF 1964**
**42 U.S.C. §2000e et seq.**
**HOSTILE ENVIRONMENT**
**TERMINATION**
**RETALIATION**

      35.      Defendant restates and incorporates by reference its responses to paragraphs 1 through 34.

      36.      The allegations contained in Paragraph 36 call for a legal conclusion and thus no response is required. Defendant denies the allegations contained in Paragraph 36 that relate to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 36 and therefore denies same.

      37.      The allegations contained in Paragraph 37 call for a legal conclusion and thus no response is required. Defendant denies the allegations contained in Paragraph 37 that relate to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 37 and therefore denies same.

      38.      The allegations contained in Paragraph 38 call for a legal conclusion and thus no response is required. Defendant denies the allegations contained in Paragraph 38 that relate to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 38 and therefore denies same.

39. The allegations contained in Paragraph 39 call for a legal conclusion and thus no response is required. Defendant denies the allegations contained in Paragraph 39 that relate to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 39 and therefore denies same.

40. The allegations contained in Paragraph 40 call for a legal conclusion and thus no response is required. Defendant denies the allegations contained in Paragraph 40 that relate to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 40 and therefore denies same.

41. The allegations contained in Paragraph 41 call for a legal conclusion and thus no response is required. Defendant denies the allegations contained in Paragraph 41 that relate to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 41 and therefore denies same.

42. The allegations contained in Paragraph 42 call for a legal conclusion and thus no response is required. Defendant denies the allegations contained in Paragraph 42 that relate to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 42 and therefore denies same.

43. The allegations contained in Paragraph 43 call for a legal conclusion and thus no response is required. Defendant denies the allegations contained in Paragraph 43 that relate to Defendant. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 43 and therefore denies same.

### FIRST AFFIRMATIVE DEFENSE

All allegations in the Complaint not specifically admitted are hereby denied.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim for unlawful sexual harassment, as a matter of law.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff cannot bring this action under the principles of laches and estoppel.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff is estopped by her own conduct from bringing this action.

### SIXTH AFFIRMATIVE DEFENSE

Some or all of the Plaintiff's claims or allegations are barred by the applicable statute of limitations.

### SEVENTH AFFIRMATIVE DEFENSE

This Court lacks jurisdiction over Defendant and jurisdiction over the claims.

### EIGHTH AFFIRMATIVE DEFENSE

Defendant was not Plaintiff's employer as that term is defined in Chapter 151B and Title VII.

### NINTH AFFIRMATIVE DEFENSE

Defendant and PBW Holdings Ltd d/b/a HCX-The Haircolor Experts are not joint employers.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred because she has not suffered any damages.

### ELEVENTH AFFIRMATIVE DEFENSE

Some or all of the damages claimed by the Plaintiff are not recoverable as a matter of law.

### TWELFTH AFFIRMATIVE DEFENSE

The Plaintiff has failed to mitigate any damages she claims to have suffered.

### THIRTEENTH AFFIRMATIVE DEFENSE

If the Plaintiff sustained any damages, as alleged, such damages were caused by or contributed to, in whole or in part, by the Plaintiff's own actions and/or omissions.

### FOURTEENTH AFFIRMATIVE DEFENSE

Any damages Plaintiff claims to have suffered were caused by another entity for whose conduct Defendant is not responsible.

### FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrine of waiver.

### SIXTEENTH AFFIRMATIVE DEFENSE

Defendant reserves the right after completing discovery to file such additional defenses and actions as may be appropriate.

WHEREFORE, Defendant HCX SALONS INTERNATIONAL, LLC denies that the Plaintiff is entitled to the relief demanded in the Complaint or any other relief. Accordingly, Defendant respectfully requests that this Court dismiss the Complaint with prejudice, enter judgment for Defendant, and award its reasonable attorneys' fees, costs, and any such further relief this Court deems just and proper.

DEFENDANT HCX SALONS INTERNATIONAL, LLC HEREBY DEMANDS A TRIAL BY JURY ON ALL CLAIMS SO TRIABLE.

        Respectfully submitted,
        HCX SALONS INTERNATIONAL, LLC

        By its attorneys,

        *s/Lisa J. Cooney*
        Julie B. Brennan (BBO# 564101)
        Lisa J. Cooney (BBO #636631)
        MANCHEL & BRENNAN, P.C.
        199 Wells Avenue
        Suite 301
        Newton, MA  02459
        (617) 796-8920

Dated:  June 23, 2005

**Certificate of Service**

    I, Lisa Cooney, attorney for Defendant HCX Salons International, LLC, hereby certify that on this day a true copy of the foregoing was served by hand on counsel for all parties.

                                           _s/Lisa Cooney_
                                            Lisa Cooney

Dated: June 23, 2005