IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY SOUSA,<br>　　Plaintiff,<br><br>v.<br><br>PBW HOLDINGS LTD. d/b/a HCX – THE<br>HAIRCOLOR XPERTS (HCX) &<br>HCX SALONS INTERNATIONAL, LLC,<br>　　Defendants | C.A. No. 05 10069 MLW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Kimberly Sousa hereby dismisses her claims against Defendant HCX Salons International, LLC with prejudice and without costs or attorneys' fees awarded to any party.

KIMBERLY SOUSA,

By her attorney,

_/s/ Stephen Fanning_
Stephen Thomas Fanning (BBO #542343)
305 South Main Street
Providence, R.I. 02903
(401) 272-8250

HCX SALONS INTERNATIONAL, LLC,

By its attorneys,

_/s/ Julie B. Brennan_
Julie B. Brennan (BBO #564101)
Lisa J. Cooney (BBO #636631)
Manchel & Brennan, P.C.
199 Wells Avenue
Suite 301
Newton, MA 02459
(617) 796-8920

Date: September 14, 2005

5