FILED
UNITED STATES DISTRICT COURT CLERKS OFFICE
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

2005 OCT 25  P 1: 38

U.S. DISTRICT COURT
DISTRICT OF MASS.

KIMBERLY SOUSA
          Plaintiff

v.                                                    C.A. NO.  05-10069 MLW

PBW HOLDINGS LTD. d/b/a HCX- THE
HAIRCOLOR XPERTS (HCX)
& HCX SALONS
INTERNATIONAL, LLC
          Defendants

## Stipulation of Withdrawal of Complaint Against Defendant PBW Holdings Ltd. d/b/a HCX- The Haircolor Xperts (HCX)

The undersigned Parties hereby stipulate and agree that, Plaintiff Kimberly Sousa hereby withdraws her claims in the above-captioned matter against Defendant PBW Holdings Ltd. d/b/a/ HCX- The Haircolor Xperts (HCX), with prejudice and without costs or attorney's fees awarded to any party. The Plaintiff's claims against Defendant HCX Salons International, LLC have already been dismissed with prejudice by a stipulation previously filed with this court.


By Plaintiff's Attorney

Stephen T. Fanning (BBO #542343)
305 South Main Street
Providence, RI 02903
401-272-8250 Fax 401-272-4520

By Defendant's Attorney
PBW Holdings Ltd. d/b/a HCX-
The Haircolor Xperts (HCX)

John Boyajian (BBO #052060)
Boyajian, Harrington, & Richardson
182 Waterman Street
Providence, RI 02906